**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 5/1/08
Docket Number: 08-1022-cv
Short Title: Primous v. H & R Block Inc.

DC Docket Number: 08-cv-1090
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st. day of May, two thousand eight.

*FILED MAY 01 2008*

Matthew Primous,

   Plaintiff-Appellant,

v.

Docket No. 08-1022-cv

H & R Block Inc.,

   Defendant-Appellee.

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN TO APPELLANT, requiring said party to provide the Court with a motion in compliance with FRAP 27 and Local Rule 27(a), identifying the issues intended to raise on appeal, and stating facts and a brief statement of reasons showing that each issue has likely merit, and APPELLANT HAVING FAILED to provide the Court with such explanation within the TWENTY-ONE DAYS prescribed, THIS APPEAL IS HEREBY DISMISSED. Any motion pending prior to the entry of this order is deemed MOOT.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: Lynette Rodriguez, Deputy Clerk

Certified: 5/22/08